In the Matter of the Transfer Tax upon the Estate of WILLIAM BARBOUR, Deceased.

THE COMPTROLLER OF THE STATE OF NEW YORK, Appellant; THOMAS BARBOUR et al., as Executors et al., Respondents.

*Matter of Barbour*, 185 App. Div. 445, affirmed.

(Argued April 10, 1919; decided April 29, 1919.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 13, 1918, which reversed an order of the New York County Surrogate's Court directing assessment of a transfer tax upon the estate of William Barbour, deceased as upon the estate of a resident. The Appellate Division directed the estate to be assessed as that of a non-resident. The question was whether the transfer of the estate of the decedent was taxable under the provisions of the Transfer Tax Act as amended (L. 1916, ch. 551), he having dwelt or lodged in this state during the greater part of a period of twelve consecutive months in the twenty-four months next preceding his death, but being during said period and at the time of his death in fact a domiciled resident of the state of New Jersey.

*John B. Gleason* and *Lafayette B. Gleason* for appellant.

*John H. Corwin, Walter Moffat* and *James O'Malley* for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, MCLAUGHLIN and ANDREWS, JJ.